IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| **DARRYL GEORGE AND** | § | |
| **DARRESHA GEORGE,** | § | |
|   Plaintiffs, | § | |
|     V. | § | 3:24-cv-00012 |
| | § | |
| **GREGG ABBOTT et al.** | § | Jury Trial Demanded |
|   Defendants. | § | |

## OPPOSED MOTION TO EXTEND TIME TO FILE REPLY IN MOTION TO DISMISS DUE TO HOLIDAY PERIOD

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, Plaintiff, Darryl George and Darresha George, and files this NON-AGREED Motion to Extend Time for the response to be (re)filed in Motion to Dismiss filed by Greg Abbott. Plaintiff will respectfully show the following:

### I.   BACKGROUND

The parties attended a conference with the Judge Eskridge on or about December 15, 2023 in this case. A record was made. Multiple matters were addressed including the pending motions to dismiss, motions to transfer the case to Galveston, Plaintiffs's amended complaint motion (request to amend complaint) and the docket control order. The Judge suspended all deadlines, gave the parties until January 5, 2024 to renew their motions to dismiss and allowed the amended complaint (4th). The Juge did express that, due to the holidays, he would have no issues with granting any extensions for the pending motions to dismiss and responses. Recently, the case was transferred to the Court.

### II.   ARGUMENT

In light of the circumstances, Plaintiffs requests that the Court extend the time for Plaintiffs to respond to the Motions to Dismiss of all of the Defendants by 10 days (in lieu of the holiday period).
OPPOSED MOTION TO EXTEND

Defendants would not be prejudiced by the extension of the deadline. Due to the fact that this was discussed in Court, and for other reasons, the Defendants are not prejudiced, nor will they be subject to hardship, or surprise as a response to Plaintiff's request to extend this deadline.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff requests the Court to grant this motion.

Plaintiffs pray for all relief herein requested.

Plaintiffs pray for general relief.

Respectfully Submitted,

**THE BOOKER LAW FIRM**

*/S/Allie R. Booker*
**ALLIE R BOOKER**
Federal Bar No. 1089873
1200 Rothwell Street
Houston, Texas 77002
(713) 292-2225 office
(713) 583-3999 facsimile
COUNSEL TO PLAINTIFF,
DARRYL GEORGE

**NOTICE OF ELECTRONIC FILING**

I, Allie R. Booker, Plaintiffs' Attorney, do hereby certify that I have electronically submitted for filing, a true and correct copy of the above in accordance with the Electronic Case Files System of the Southern Texas, on this the 01/11/2024.

*/s/ Allie R. Booker*
Allie R. Booker

**CERTIFICATE OF SERVICE**

I, Allie R. Booker, Plaintiffs' Attorney, do hereby certify that I have forwarded, a true and correct copy of the above, to all parties in this case, in accordance with The Federal Rules of Civil Procedure, on this the 01/11/2024.

*/s/ Allie R. Booker*
Allie R. Booker

OPPOSED MOTION TO EXTEND