EXHIBIT 2

# Barbers Hill ISD Student Handbook

# 2019–2020 School Year

If you have difficulty accessing the information in this document because of disability, please contact Mandy Malone, Coordinator of Student Services, at 281-576-2221 Ext. 1222.



EXHIBIT 2

# Table of Contents

**Preface**................................................................................... 12

Accessibility ............................................................................ 13

**Section I: Parental Rights ........................................... 13**

Consent, Opt-Out, and Refusal Rights ............................................. 13

Participation in Third-Party Surveys................................................ 16

Removing a Student from Instruction or Excusing a Student from a Required Component of Instruction ............................................................................... 17

Right of Access to Student Records, Curriculum Materials, and District Records / Policies . 19

A Student with Exceptionalities or Special Circumstances .................... 24

**Section II: Other Important Information for Parents and Students     30**

Absences / Attendance ............................................................... 30

Accountability under State and Federal Law (All Grade Levels) ............. 35

Armed Services Vocational Aptitude Battery Test.............................. 35

Awards and Honors (All Grade Levels)............................................. 35

Bullying (All Grade Levels)........................................................... 36

Career and Technical Education (CTE) Programs (Secondary Grade Levels Only)................ 37

Celebrations  (All Grade Levels) .................................................... 38

Child Sexual Abuse and Other Maltreatment of Children  (All Grade Levels) ..................... 38

Class Rank / Highest-Ranking Student  (Secondary Grade Levels Only) ............... 39

Class Schedules (Secondary Grade Levels Only) ................................ 39

College and University Admissions and Financial Aid (Secondary Grade Levels Only) ......... 40

College Credit Courses (Secondary Grade Levels Only) ........................ 41

Communications—Automated ...................................................... 41

Complaints and Concerns  (All Grade Levels) ................................... 42

Conduct  (All Grade Levels) ......................................................... 42

Counseling ............................................................................... 44

Course Credit (Secondary Grade Levels Only) .................................. 45

Credit by Examination *If a Student Has Taken the Course / Subject* (All Grade Levels) ........ 45

Credit by Examination for Advancement / Acceleration *If a Student Has Not Taken the Course / Subject*................................................................................... 45

Kindergarten Acceleration ........................................................... 46

Dating Violence, Discrimination, Harassment, and Retaliation (All Grade Levels)............... 46

Discrimination ................................................................................................................ 49

Distance Learning ........................................................................................................... 49

Distribution of Literature, Published Materials, or Other Documents (All Grade Levels)..... 50

Dress and Grooming  (All Grade Levels)......................................................................... 51

Electronic Devices and Technology Resources (All Grade Levels) ........................................ 59

End-of-Course (EOC) Assessments ................................................................................. 61

English Learners (All Grade Levels) ................................................................................ 61

Extracurricular Activities, Clubs, and Organizations (All Grade Levels) ................................ 62

Fees (All Grade Levels) ................................................................................................... 63

Fundraising (All Grade Levels) ....................................................................................... 64

Gang-Free Zones (All Grade Levels) ............................................................................... 64

Gender-Based Harassment ............................................................................................ 64

Grade-Level Classification (Grades 9–12 Only) .............................................................. 64

Grading Guidelines (All Grade Levels)............................................................................ 65

Graduation (Secondary Grade Levels Only) ................................................................... 65

Harassment ................................................................................................................... 70

Hazing (All Grade Levels) .............................................................................................. 70

Health-Related Matters.................................................................................................. 70

Homeless Students (All Grade Levels)............................................................................ 75

Homework (All Grade Levels)......................................................................................... 75

Illness ............................................................................................................................ 75

Immunization (All Grade Levels) .................................................................................... 75

Law Enforcement Agencies (All Grade Levels)................................................................ 76

Leaving Campus (All Grade Levels) ................................................................................ 78

Lost and Found (All Grade Levels).................................................................................. 79

Makeup Work ................................................................................................................ 79

Medicine at School (All Grade Levels)............................................................................ 80

Nondiscrimination Statement (All Grade Levels)............................................................ 81

Parent and Family Engagement (All Grade Levels) ......................................................... 82

Physical Examinations / Health Screenings .................................................................... 83

Pledges of Allegiance and a Minute of Silence (All Grade Levels) ......................................... 83

Prayer (All Grade Levels) ............................................................................................... 84

Promotion and Retention .............................................................................................. 84

EXHIBIT 2

Release of Students from School ........................................................................... 86

Report Cards / Progress Reports and Conferences (All Grade Levels) ................... 86

Retaliation ........................................................................................................... 86

Safety (All Grade Levels)....................................................................................... 86

SAT, ACT, and Other Standardized Tests............................................................... 88

Schedule Changes (Middle / Junior High and High School Grade Levels) ............ 88

School Facilities .................................................................................................... 88

School-sponsored Field Trips (All Grade Levels) .................................................. 89

Searches ............................................................................................................... 90

Sexual Harassment ............................................................................................... 91

Special Programs  (All Grade Levels) .................................................................... 91

Standardized Testing ............................................................................................ 92

Steroids  (Secondary Grade Levels Only) .............................................................. 93

Students in Foster Care  (All Grade Levels) .......................................................... 94

Student Speakers  (All Grade Levels) .................................................................... 94

Substance Abuse Prevention and Intervention (All Grade Levels) ........................ 94

Suicide Awareness and Mental Health Support (All Grade Levels) ....................... 94

Summer School (All Grade Levels) ........................................................................ 94

Tardies (All Grade Levels)...................................................................................... 95

Textbooks, Electronic Textbooks, Technological Equipment, and Other Instructional
Materials (All Grade Levels) .................................................................................. 95

Transfers (All Grade Levels) .................................................................................. 95

Transportation (All Grade Levels) ......................................................................... 95

Vandalism (All Grade Levels)................................................................................. 96

Video Cameras (All Grade Levels) ......................................................................... 97

Visitors to the School (All Grade Levels) ............................................................... 97

Volunteers (All Grade Levels) ............................................................................... 98

Voter Registration (Secondary Grade Levels Only)............................................... 98

Withdrawing from School (All Grade Levels) ........................................................ 98

**Glossary .................................................................. 99**

**Appendix: Freedom from Bullying Policy ................102**

Student Welfare: Freedom from Bullying .............................................................. 102

Barbers Hill District Plan

EXHIBIT 2

**Board of Trustees**

George Barrera – President

Fred Skinner – Vice-President

Cynthia Erwin - Secretary

Eric Davis – Member

Benny May – Member

Clint Pipes – Member

Becky Tice – Member


*Meetings of the Board of Trustees are open to the public. Regular meetings are held on the Fourth Monday of each month at 6:30 p.m. in the Board Room of the C.T. Joseph Conference Center located at 9600 Eagle Drive, Mt. Belvieu, TX 77580*


**Superintendent**

Greg Poole, Ed.D.


**Deputy Superintendent**

Sandra Duree


**Assistant Superintendents**

Becky McManus – Finance

Barbara Ponder – Personnel

Stanley Frazier – Planning and Operations

Sue Garcia – Special Services


**Directors**

Tom Westerberg – Athletics

Jami Navarre – Community Relations

Becky Johnson – Operations

Susan Leblanc – School Nutrition

Kristen Davis – Technology

EXHIBIT 2

**EXHIBIT 2**

**Principals**

Rick Kana – High School

Lance Murphy – Middle School North

Chloe Yowell- Middle School South

Stephanie Martin – Elementary School North

Melissa Barrington, Ed.D. – Elementary School South

Lisa Watkins – Early Childhood Center

Daniel Andrews – D.A.E.P.


**Chief of Police** – Charles K. Widner, Jr.


Barbers Hill Independent School District


**Barbers Hill High School**……………………………………………………………**281-576-2221, Ext. 1229**

Rick Kana, Principal

Mailing Address                          Physical Address
P. O. Box 1108                           9696 Eagle Drive
Mont Belvieu, TX 77580                   Mont Belvieu, TX 77523


**Barbers Hill Middle School North**……………………………………………………**281-576-2221, Ext. 1410**

Lance Murphy, Principal

Mailing Address                          Physical Address
P. O. Box 1108                           9600 Eagle Drive
Mont Belvieu, TX 77580                   Mont Belvieu, TX 77523


**Barbers Hill Middle School South**……………………………………………………**281-576-2221, Ext. 1230**

Chloe Yowell, Principal

Mailing Address                          Physical Address
P. O. Box 1108                           9600 Eagle Drive
Mont Belvieu, TX 77580                   Mont Belvieu, TX 77523

**EXHIBIT 2**

**Barbers Hill Elementary School North**..........................................................…281-576-2221, Ext. 2807

Stephanie Martin, Principal

| Mailing Address | Physical Address |
|---|---|
| P. O. Box 1108 | 4400 Perry Ave. |
| Mont Belvieu, TX 77580 | Mont Belvieu, TX 77523 |

**Barbers Hill Elementary School South**..........................................................…281-576-2221, Ext. 1518

Melissa Barrington, E.d.D, Principal

| Mailing Address | Physical Address |
|---|---|
| P. O. Box 1108 | 9600 Eagle Drive |
| Mont Belvieu, TX 77580 | Mont Belvieu, TX 77523 |

**Barbers Hill Early Childhood Center**............................................................…281-576-2221, Ext.

Lisa Watkins, Principal

| Mailing Address | Physical Address |
|---|---|
| P. O. Box 1108 | 14400 Lakes of Champions |
| Mont Belvieu, TX 77580 | Mont Belvieu, TX 77523 |

**Barbers Hill D.A.E.P. (EPIC)**....................................................................…281-576-2221, Ext. 1436

Daniel Andrews, Principal

| Mailing Address | Physical Address |
|---|---|
| P. O. Box 1108 | 9600 Eagle Drive |
| Mont Belvieu, TX 77580 | Mont Belvieu, TX 7752 |

**Barbers Hill Administration Building**....................................................................281-576-2221

Greg Poole, E.d.D, Superintendent

| Mailing Address | Physical Address |
|---|---|
| P. O. Box 1108 | 9600 Eagle Drive |
| Mont Belvieu, TX 77580 | Mont Belvieu, TX 7752 |

EXHIBIT 2

Barbers Hill Student Hair

**Pants, Shorts, Skirts and Dresses**

- General rule for determining the length of shorts, skirts and dresses (including slits on dresses and skirts) will be that they must be worn at the waist line and extend below the index finger at the shortest point of the garment.
- Pants, shorts, skirts and dresses shall not be torn, ripped, frayed or have worn areas with fabric underneath. All bottoms must have a finished hem.
- No holes or tears will be permitted in any article of clothing.
- All patches used to cover holes must be placed on the outside of clothing.
- Pants must completely cover underclothing. Sagging pants or shorts will not be allowed.
- Leggings, jeggings, yoga pants and spandex shorts may only be worn with a dress, skirt, or top that is fingertip length or longer.
- Overalls and suspenders, if worn, must be worn over the shoulders and buckled as designed.
- Boys will not be permitted to wear skirts or dresses.
- Tennis shorts, running shorts, spandex/biker shorts and boxer shorts are not allowed.
- Tight fitting shorts will not be allowed.

**Shoes / Footwear**

- Pool or beach type shoes, house shoes/slippers and steel toe boots are not permitted.
- Backless sandals are permitted as long as the sole/footbed is not made of rubber or plastic.

**Head Coverings**

- No type of head covering, cap or hat is permitted in the building.

**Coats and Jackets**

- Trench coats, duster coats and like garments are prohibited.
- Hoodies and/or sweatshirts may not extend below the wrist in a normal standing position. Hoods may not be worn inside the building at any time.

**Hair**

- Hair must be neat, clean and well-groomed.
- Geometric or unusual patterns (including Mohawks and Faux hawks) shaved or cut in the hair are not permitted.
- Unnatural hair color or color variation in hair (i.e. scarlet, purple, blue, green, orange, etc.) will not be permitted.
- Ribbons or other types of hair accessories must be worn in good taste and only when appropriate to hairstyle.
- Boy's hair will not extend, at any time, below the eyebrows, below the ear lobes, or below the top of a t-shirt collar. Corn rows and/or dread locks are permitted if they meet the aforementioned lengths.
- Boys are not permitted to wear hair accessories.


EXHIBIT 2

EXHIBIT 2

Barbers Hill ISD Student Handbook

celebrations, 38
cell phones, 59
certificate of attendance, 69
certificate of coursework completion, 68
child abuse, 38
class changes, 95
**class rank**, 39
class schedules, 39
   partial vs. full-time, 39
   schedule changes, 88
classroom parties, 38
clubs. *See* extracurricular activities.
college
   admissions, 40
   credit, 41
   University of Texas at Austin, 40
   visits, 31
communicable diseases
   *See* contagious diseases.
communications, automated, 41
   emergency, 41
   nonemergency, 41
complaints, 23, 42
conduct, 42
   at social events, 43
   before and after school, 88
   campus behavior coordinator, 42
   disrupting school operations, 43
   on school buses, 96
   on school transportation, 43
   use of hallways, 88
   when school rules apply, 42
contagious diseases, 70
   **bacterial meningitis**, 71
   excluding from school, 70
   leaving campus in case of illness, 78
corporal punishment, 14
correspondence courses. *See* distance
   learning.
counseling
   academic, 44
     grades 7 and 8, 44
   at elementary and middle/junior high
     school, 44

personal, 44
postsecondary education, 44
credit
   by exam, 45
     for acceleration or advancement, 45
     with prior instruction, 45
     without prior instruction, 45
   credit recovery, 45
   for coursework, 45
   partial credit, 45
CTE insurance, 87
dating violence, 47
Declaration of Independence
   excusing a student from reciting, 18
deliveries, 43
Department of Public Safety (DPS), 35
diabetes, 81
directory information, 13, 15
disabled students, 29
discrimination, 47
distance learning, 49
**distribution**, 50
   nonschool materials
     by others, 51
     by students, 50
   school materials, 50
doctor's appointments, 31
dress code, 51
driver license, 35
   verification of enrollment form, 35
drug testing, 91
   *See also* steroids.
dual-credit programs, 41
early mental health intervention, 94
earning credit, 45
e-cigarettes. *See* electronic cigarettes.
elections for student clubs and
   organizations, 63
electronic cigarettes, 74
electronic media
   contact between student and staff, 15
end-of-course (EOC) assessments, 93
English as a second language, 29, 61
English learner, 29, 61

EXHIBIT 2

Barbers Hill ISD Student Handbook

exams. *See* tests.
extracurricular activities, 62
  conduct, 63
  eligibility, 62
  meetings, 89
  offices and elections for student clubs and organizations, 63
fees
  graduation, 69
field trips, 89
fire drills, 87
Fitnessgram. *See* physical fitness assessment.
food allergies, 72
  management plan, 72
  See also anaphylaxis.
  *See also* celebrations.
foster care liaison, 94
foster students. *See* students in foster care.
foundation graduation program
  distinguished level of achievement, 66
  endorsements, 66
  personal graduation plans (PGP), 68
  *See also* graduation programs.
fundraising, 64
gang-free zones, 64
gender-based harassment, 47, 48
grades, 65
  classification by credits, 64
grading guidelines, 65
graduation, 65
  certificates of coursework completion, 68
  end-of-course (EOC) assessments, 65
  expenses, 69
  individual graduation committee (IGC), 66
  individualized education program (IEP), 68
  personal graduation plan (PGP)
    for middle school or junior high, 85
    under the foundation graduation program, 68
  programs
    advanced/distinguished level of achievement, 40

foundation program, 66
requirements, 65
  for automatic college admissions, 40
student speakers, 69
students with disabilities, 68
**See also credit; grades; standardized tests**.
grants, 69
grievances. *See* complaints.
grooming standards, 51
hall pass, 88
harassment, 47
  gender-based, 47, 48
  investigation, 49
  reporting, 48
  retaliation, 48
  sexual, 47
hazing, 70
  *See also* bullying.
head lice, 73
health education
  School Health Advisory Council, 82
health instruction, 14
health screenings, 83
health-related matters, 70
  asbestos, 75
  electronic cigarettes, 74
  food allergies, 72
  pest management, 75
  physical fitness, 73, 74
  sunscreen, 80
  tobacco, 74
homeless students, 26, 75
  diplomas, 26
  school of origin, 26
homework, 75, 82
  electronic and social media, 15
  **See also makeup work**.
honors, 35
human sexuality instruction, 17
  curriculum, 18
  removing a child from class, 18
  reviewing materials, 18
illness

Barbers Hill ISD Student Handbook

leaving campus, 78
*See also* contagious diseases.
**immunization**, 75
   exemptions for reasons of conscience, 75
   medical exemptions, 76
   required immunizations, 76
individual graduation committee (IGC)
   graduation, 66
individualized education program (IEP)
   and eligibility for extracurricular activities, 62
   graduation, 68
instructional materials, 19, 20, 95
International Baccalaureate (IB) courses, 41
joint high school and college programs, 41
laptops, 59
**law enforcement**, 76
   notification of law violations, 77
   questioning of students, 76
   students taken into custody, 76
   verification of officer's identity and authority, 77
learning difficulties, 27
leaving campus, 78
   during lunch, 78
   in case of student illness, 78
   signing a student out, 78
legal guardian
   defined, 12
liaison for homeless children and youths, 75
liaison for students in conservatorship of the state, 94
library, 89
lice. *See* head lice.
limited English proficiency (LEP). *See* English learner
lost and found, 79
makeup work, 79
   during in-school suspension, 80
   for absences, 79
   in DAEP, 79
   penalties, 79
medical emergency, 87, 90
**medicine**, 80

allergies, 80
asthma, 80
diabetes, 81
insect repellant, 80
nonprescription, 80
prescription, 80
psychotropic drugs, 81
sunscreen, 80
meditation, 84
meetings of noncurriculum-related groups, 89
mental health, 94
   early intervention, 94
**mental health support**, 94
metal detectors, 90
Military Aptitude test, 35
military recruiters, 16
minute of silence, 19, 83
   in observance of September 11, 2001, 83
mobile phones, 59
multiple birth siblings, 24
National School Lunch Program, 89
netbooks, 59
newspaper (school newspaper), 50
no pass, no play, 50, 62
nondiscrimination, 81
organizations, student. *See* extracurricular activities.
parent
   access to student records, 21
   **being involved**, 82
   defined, 12
   rights, 13
   volunteering, 82, 98
parenting and paternity awareness, 14
pediculosis. *See* head lice.
personal appearance, 51
personal graduation plan (PGP)
   for middle school or junior high, 85
   under the foundation graduation program, 68
pest management, 75
physical activity, 73
physical examinations, 17

Barbers Hill ISD Student Handbook

athletic participation, 83
physical fitness assessment, 74
pledges of allegiance, 83
    excusing a student from reciting, 19
**police**. **See law enforcement.**
police dogs, 91
prayer, 84
privacy
    and personal telecommunications
        devices, 59
    during an investigation of prohibited
        conduct, 49
    on district-owned equipment and
        networks, 91
    student records, 21, 23
programs
    before and after school, 88
**progress reports**, 86
prohibited conduct, 46
    investigation, 49
    reporting, 48
    *See also* bullying; dating violence;
        discrimination; harassment; hazing;
        retaliation; sexting; vandalism; video
        cameras.
promotion and retention, 84
    personal graduation plan (PGP) for middle
        school or junior high, 85
    STAAR, 84
    *See also* credit; grades; standardized
        tests.
protected information, 16
psychological evaluation, 13
published material
    from outside sources, 51
    from students, 50
    school materials, 50
recording
    permission, 14
    without parental consent, 14
release of students from school. *See* leaving
    campus.
religion
    and immunization, 75

and surveys, 17
    holy days, 31
    nondiscrimination, 81
religious or moral beliefs
    and removal from the classroom, 19
**report cards**, 86
    parent's signature, 86
    parent-teacher conferences, 86
    *See also* grades.
retaliation, 37, 48
rights
    parental, 13
    student, 16
safety, 86
    emergency medical treatment and
        information, 87, 90
    emergency preparedness, 87
    emergency school closing, 87
    fire, tornado, and severe weather drills,
        87
    insurance, 87
    on campus, 86
    on district vehicles, 86
    preparedness drills, 87
    student conduct, 86
    UIL rules, 62
    video cameras, 97
SAT/ACT, 92
schedules. *See* class schedules.
scholarships, 69
School Breakfast Program, 89
school closings, 87
school dances, 44
school facilities, 88
    before and after school, 88
    cafeteria, 89
    meetings, 89
School Health Advisory Council, 17
    SHAC, 74
school nurse, 72, 76, 78, 80, 81
    emergency medical treatment and
        information, 87
    sending a student home in case of illness,
        78

Barbers Hill ISD Student Handbook

student exemption from immunization, 76

searches, 90
  desks and lockers, 90
  district-owned equipment and networks, 91
  drug testing, 91
  metal detectors, 90
  personal electronic devices, 59, 60, 91
  trained dogs, 91
Section 504. See students with disabilities., See students with disabilities.
service animals, 25
sex education. See human sexuality instruction.
sexting, 60
sexual abuse of a child, 38
  counseling options, 39
  reporting, 39
  warning signs, 38
sexual harassment, 47
SHAC. *See* School Health Advisory Council.
signing a student out. *See* leaving campus.
special education, 27, 29
  graduation, 68
special programs, 91
  coordinator, 91
Spinal Screening Program, 83
standardized tests, 92
  end-of-course (EOC) assessments, 93
  English learner, 61
  SAT/ACT, 92
  **STAAR**, 92
  TSI assessment, 92
  tutoring, 19
  *See also* credit; grades; graduation; promotion and retention.
State of Texas Assessments of Academic Readiness (STAAR), 92
  promotion and retention, 84
  retaking, 85
  STAAR Alternate 2, 93
steroids, 93
  *See also* drug testing.

Student Code of Conduct, 12, 20, 42, 50, 59, 60, 63, 70, 74, 87, 88, 96, 97
student groups, 63, 64, 89
  *See also* extracurricular activities.
student illness
  leaving campus, 78
  *See also* contagious diseases.
student records, 20
  accrediting organizations, 22
  colleges and postsecondary schools, 22
  confidentiality, 21
  copies, 23
  corrections, 23
  court orders, 22
  custodian, 23
  directory information, 15
  driver license attendance verification, 35
  financial aid, 22
  government agencies, 22
  institutions of higher education, 16
  military recruiters, 16
  released with permission, 22
  school officials, 22
  students age 18 or older, 21
student speakers, 94
  *See also* graduation, student speakers.
student work
  display of, 13
  publishing, 13
students in conservatorship of the state, 26
students in conservatorship of the state. See students in foster care.
students in foster care, 25, 94
  diplomas for students in conservatorship of the state, 25
  educational services, 94
  enrollment assistance, 94
  enrollment of students in conservatorship of the state, 25
  exemptions to compulsory attendance, 31
  foster care liaison, 94
students with disabilities, 29
  graduation, 68
  nondiscrimination, 81

Barbers Hill ISD Student Handbook

Section 504 of the Rehabilitation Act, 29, 81

students with learning difficulties, 27

substance abuse prevention and intervention, 94

**suicide awareness**, 94

**summer school**, 94

surveys, 16
    inspecting, 17
    opting out, 17

tablets, 59

tardiness, 95

teacher and staff qualifications, 23

technology, 59
    acceptable use of district resources, 60
    confiscated devices, 59
    instructional use of personal electronic devices, 60
    personal electronic devices, 60
    personal telecommunications devices, 59
    prohibited uses of district resources, 60
    recording still and video images prohibited, 59
    searches of personal devices, 59
    unauthorized use, 59

test preparation. See tutoring.

tests, 19
    confidentiality, 21
    credit by exam, 45
    exams for accleration or grade advancement, 45
    personal electronic devices, 59
    scores, 20
    *See* also standardized tests.

Texas Success Initiative (TSI) assessment, 92

Texas Virtual School Network (TXVSN), 41, 50

textbooks, 19, 95

Title IX Coordinator, 81

tobacco prohibited, 74

top 25 percent, 40

top ten percent, 40

tornado drills, 87

transfers, 95
    multiple birth siblings, 24
    safety reasons, 25
    special education, 29
    students who are victims of bullying, 37
    students who engage in bullying, 25, 37
    unsafe schools, 25
    victims of bullying, 25

**transportation**, 95
    school-sponsored trips, 95

truancy, 32
    prevention measures, 32
    truancy court, 33

tutoring, 19
    removal from classroom, 19
    school services, 19

UIL. *See* University Interscholastic League.

unexcused absences, 32

university admissions. *See* college admissions.

University Interscholastic League (UIL), 62
    safety rules, 62

**use of school facilities**, 88

vandalism, 96

vaping. *See* electronic cigarettes.

video cameras, 97

**visitors**, 97
    business, civic, and youth groups, 98
    career day, 98
    classroom observation, 97
    parents, 97
    patriotic societies, 98
    unauthorized persons, 97

vocational education. *See* career and technical education (CTE).

volunteers, 82, 98

voter registration, 98

withdrawing from school, 98

yearbook, 50

# Barbers Hill ISD - Dress and Grooming Code

The district's dress code is established to teach grooming and hygiene, instill discipline, maintain a safe and positive learning environment, prevent disruption, avoid safety hazards, and teach respect for authority.

Students shall be dressed and groomed in a manner that is clean and neat and that will not be a health or safety hazard to themselves or others. The District prohibits any clothing or grooming that in the principal's judgment may reasonably be expected to cause disruption of or interference with normal school operations.

The district prohibits students from communicating images, or messages through their attire that:

1. Are lewd, offensive, vulgar, or obscene.

2. Advertise or depict tobacco products, alcoholic beverages, drugs, or any other substance prohibited under FNCF (LEGAL).

3. Create or pose a reasonable risk of creating a material disruption in the school environment.

The student and parent may determine the student's personal dress and grooming standards, provided that they comply with the general guidelines set out above and with the student dress code outlined below.

**General Guidelines:**

- Any type of dress, insignia, neckband, accessory, shirt, or other clothing with lewd, offensive, vulgar or obscene messages; or which advertise or exploit tobacco products, alcoholic beverages, drugs or other illegal substances; or which create or pose a reasonable risk of creating a material disruption in the learning environment will not be allowed.
- Any clothing, accessories, symbols, or jewelry which depict or suggest association with a gang shall not be brought to school, worn at school or in any way be present at any school related event.
- Bandanas or look-alike bandanas will not be permitted.
- Appropriate underclothing must be worn and covered at all times.
- Bedroom attire is not acceptable. Students may not wear pajamas or like garments.
- Students will be required to remain in dress code until they have left campus.

**Shirts and Tops**

- Strapless, bare backs, bare midriffs, and low necklines are unacceptable.  The general rule for determining proper length on shirts and tops will be whether the arms can be raised above the head without a bare midriff showing.  Any type of flimsy, see-through material is not allowed. Sheer tops covering unacceptable clothing are not acceptable.  Any type clothing must be long enough to preserve modesty when seated.  No clothing may be worn that fits so tightly as to be immodest.
- All hoodies, sweatshirts and shirt tail length may not extend below the wrist in a normal standing position.
- Shirts with sayings, slogans, signs or symbols that violate the guidelines set out in this Dress Code will not be allowed.
- Students shall wear shirts, blouses and other types of tops that are appropriate to the learning environment and consistent with the Dress Code.
  - For female students, the design of the top should preserve modesty.  Low cut necklines are unacceptable.  All tops must cover and not reveal undergarments.  No spaghetti straps or strapless tops will be allowed.  Tank top straps must measure at least 2 inches in width.
  - For male students, sleeveless or open-arm shirts are not permitted. Shirt sleeves must have a hem.

**Pants, Shorts, Skirts and Dresses**

- The general rule for determining the length of shorts, skirts and dresses (including slits on dresses and skirts) will be that they must be worn at the waist line and extend below the index finger at the shortest point of the garment.
- Pants, shorts, skirts and dresses shall not be torn, ripped, frayed or have worn areas with fabric underneath. All bottoms must have a finished hem.
- No holes will be permitted in any article of clothing.
- All patches used to cover holes must be placed on the outside of clothing.

- Pants must completely cover underclothing.  Sagging pants or shorts will not be allowed.
- Overalls and suspenders, if worn, must be worn over the shoulders and buckled as designed.
- Male students will not be permitted to wear skirts or dresses.
- Tight fitting shorts will not be allowed.
- Grades PK-6:
  - Leggings, jeggings, yoga pants and spandex shorts may only be worn with a dress, skirt, or top that is fingertip length or longer.
- Grades 7-12:
  - Leggings, jeggings, yoga pants and spandex shorts may only be worn with a dress or skirt that is fingertip length or longer.
  - Tennis shorts, running shorts, spandex/biker shorts and boxer shorts are not allowed.

**Shoes / Footwear**

- Pool or beach type shoes, house shoes/slippers and steel toe boots are not permitted.
- Grades PK-6:
  - Footwear must have a back designed to stay on the foot during physical activities (i.e., tennis shoes.)
  - Footwear not allowed: Footwear without backs, cleats, wheelies (shoes with rollers), high heels/wedges, flip-flops, rubber/plastic sandals
- Grades 7-12:
  - Backless sandals are permitted so long as the sole/footbed is not made of rubber or plastic.

**Head Coverings**

- No type of head covering, cap or hat is permitted in the building.

**Coats and Jackets**

- Trench coats, duster coats and like garments are prohibited.
- Hoodies and/or sweatshirts may not extend below the wrist in a normal standing position.  Hoods may not be worn inside the building at any time.

**Hair**

- Hair must be clean and well-groomed.
- Geometric or unusual patterns (including Mohawks and Faux hawks) shaved or cut in the hair are not permitted.
- Unnatural hair color or color variation in hair (i.e. scarlet, purple, blue, green, orange, etc.) will not be permitted.
- Ribbons or other types of hair accessories should not distract from the learning environment and be appropriate to the hairstyle.
- Male students' hair will not extend, at any time, below the eyebrows or below the ear lobes. Male students' hair must not extend below the top of a t-shirt collar or be gathered or worn in a style that would allow the hair to extend below the top of a t-shirt collar, below the eyebrows, or below the ear lobes when let down.

**Facial Hair**

- No student will be permitted to cut lines or designs in the eyebrows.
- Students must be clean-shaven at all times.  Beards, goatees and mustaches are not allowed.
- Sideburns must be neat and well-groomed and may not extend below the ear lobe or flare at the bottom.

**Jewelry**

- No student shall be permitted to wear visible piercings on body parts other than the ear (i.e., nose, eyelids, lips, tongue, etc.) No student will be allowed to wear gauged plugs and/or other objects in the ear.
- Covering body piercing with Band-Aids, tape, spacers, or any other temporary covering is not acceptable.
- Students may not wear chains or jewelry that has the potential to be used as a weapon.  Collars intended for use on animals are prohibited.
- Male students will not be allowed to wear earrings in the ears.

**Tattoos / Make-Up**

- Tattoos and/or any other drawings on the skin must be covered.
- Grades PK-6:
  - Students will not be permitted to wear make-up.

- Grades 7-12:
  - Male students will not be permitted to wear make-up or nail polish.

**Sunglasses**

- Students shall not wear sunglasses in the building.

**Extracurricular Activities (School Sponsored Trips, Special Events, Banquets and Prom)**

- The principal, in cooperation with the sponsor, coach, or other person in charge of the extracurricular activity, will regulate the dress and grooming of the students and their guests. Students who violate dress and grooming standards established for such an activity may be removed or excluded from the activity for a period determined by the principal or sponsor and may be subject to other disciplinary action, as specified in the Student Code of Conduct.

**Exemptions**

- The principal may grant an exemption to any of the above provisions if a student has a disability or medical condition rendering compliance with the provisions detrimental to the student's physical health or if a student requests and is approved for a religious exemption. A student who wishes to receive a disability or religious exemption from the dress code must complete and submit the dress code exemption form, which is available on each campus and on the District website.

**Interpretation of Appropriateness**

- Campus administrators shall be authorized to appraise a student's attire to determine its conformance with this Dress Code.
- Administrators and teachers shall be responsible for the enforcement of dress code.
- **The dress code will apply to all students and to all activities, co-curricular and extracurricular.  Any exceptions must be made by the principal and will apply only to special occasions (i.e. Red Ribbon week).**

**Violations**

In grades PK-8, students who come to school in violation of the Dress and Grooming Code will be disciplined as deemed appropriate/necessary, such as in school suspension, until the violation has been corrected. Students will be given until the following school day to correct hair violations.

In grades 9-12, students who come to school in violation of the Dress and Grooming Code will be assigned to in school suspension.

In addition, parents may be asked to bring appropriate attire to school to assist in correcting the violation.  Any student taken home by parents for a change of clothes, without nurse or principal approval, will have an unexcused absence for any missed class time.