United States District Court
Southern District of Texas
**ENTERED**
February 26, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| DARRYL GEORGE, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| VS. | § § | 3:24-CV-12 |
| GREG ABBOTT, *et al.*, | § § § | |
| Defendants. | § § | |

## **ORDER**

Before the court is the plaintiffs' request that the court conduct a "pre motion conference," grant them an emergency temporary restraining order, and allow limited discovery in advance of the court's consideration of their impending application for preliminary injunction. The court denies the requested relief.

It has been some years since the Galveston Division conducted pre-motion conferences. No such requirement exists in the Galveston Division Rules of Practice. Further, the plaintiffs' delay in seeking emergency injunctive relief is fatal to their contention that they risk immediate and irreparable harm absent a TRO. And in light of the defendants' qualified-immunity defense, pre-injunction discovery is inappropriate.

The plaintiffs are free to file an application for preliminary injunction which the court will consider in due course. In the meantime, once the plaintiffs' responses have been filed, the court will turn its attention to the defendants' motions to dismiss.

Signed on Galveston Island this 26th day of February, 2024.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE