IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| **DARRYL GEORGE AND DARRESHA GEORGE** | § § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | C.A. No. 3:24-CV-00012 |
| **GREG ABBOTT, KEN PAXTON, BARBERS HILL INDEPENDENT SCHOOL DISTRICT, GREG POOLE, LANCE MURPHY AND RYAN RODRIGUEZ** | § § § § § § | |
| *Defendants*. | § § | |

### REQUEST FOR ORAL HEARING/ ORAL ARGUMENT

Please take notice that the Plaintiff's request oral hearing/argument on the Motions to Dismiss (*now pending as DKT. 55, 56, and 60* ) to which Plaintiffs have filed respective responses.

Plaintiffs pray for relief.

Respectfully submitted,

THE BOOKER LAW FIRM PLLC

*/s/ Allie R. Booker*

**ALLIE R BOOKER**
Fed Bar No.: 1089873
booker@bookerlawfirm.com
1200 Rothwell Street
Houston, Texas 77002
Phone: (713) 292-2225
Fax: (713) 583-3995

**LEAD ATTORNEY FOR PLAINTIFFS**

## NOTICE OF ELECTRONIC FILING

I, **Allie Booker**, do hereby certify that I have electronically submitted for filing a true copy of the foregoing in accordance with the Electronic Case Files System of the United States District Court for the Southern District of Texas, Galveston Division, on April 29, 2024.

*/s/* **Allie R. Booker**
**ALLIE R. BOOKER**
LEAD Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served on all counsel of record pursuant to the FEDERAL RULES OF CIVIL PROCEDURE on this the 29th day of April, 2024:

*/s/ Allie R. Booker*
**Allie R. Booker**