IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| DARRYL GEORGE AND DARRESHA GEORGE | § § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | C.A. No. 3:24-CV-00012 |
| GREG ABBOTT, KEN PAXTON, BARBERS HILL INDEPENDENT SCHOOL DISTRICT, GREG POOLE, LANCE MURPHY AND RYAN RODRIGUEZ | § § § § § § | |
| *Defendants*. | § | |

## COUNSEL FOR BARBERS HILL INDEPENDENT SCHOOL DISTRICT, GREG POOLE, LANCE MURPHY, AND RYAN RODRIGUEZ'S NOTICE OF VACATION

Barbers Hill Independent School District, Greg Poole, Lance Murphy, and Ryan Rodriguez (the BHISD Defendants) hereby notify Plaintiffs and this Honorable Court, that Amy Demmler, counsel for the BHISD Defendants, will be on prepaid vacation from May 26 through May 30, 2024, and June 18 through June 20, 2024. Counsel requests that no hearings or other matters be scheduled during the time she is on vacation.

Respectfully submitted,

ROGERS, MORRIS, & GROVER, L.L.P.

_/s/ Jonathan G. Brush_
JONATHAN G. BRUSH
Attorney-in-Charge
State Bar No. 24045576
Fed. I.D. No. 619970
jbrush@rmgllp.com
AMY DEMMLER
State Bar No. 24092337
Fed. I.D. No. 3227731
ademmler@rmgllp.com
RICHARD A. MORRIS
State Bar No. 14497750
Fed. I.D. 15004
rmorris@rmgllp.com
DILLON BREAZEALE
State Bar No. 24131284
Fed. I.D. No. 3805269
dbreazeale@rmgllp.com
5718 Westheimer, Suite 1200
Houston, Texas 77057
Telephone:   713/960-6000
Facsimile:    713/960-6025

ATTORNEYS FOR BARBERS HILL ISD, GREG POOLE, LANCE MURPHY, AND RYAN RODRIGUEZ

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 30, 2024, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send electronic notification of such filing to all counsel of record.

_/s/ Amy Demmler_
Attorney for Barbers Hill ISD, Greg Poole, Lance Murphy, and Ryan Rodriguez

2