UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

Darryl George, et al.

v.  Case Number: 3:24–cv–00012

Greg Abbott, et al.

## Notice of Setting

**A proceeding has been set in this case as set forth below.**

**BEFORE:**
**Judge Jeffrey V Brown**

**LOCATION:**
Sixth Floor Courtroom Galveston
United States Post Office and Courthouse
601 Rosenberg Street
Galveston, TX 77550

**DATE:** 5/23/2024

**TIME:** 10:00 AM

**TYPE OF PROCEEDING:** Motion Hearing

RE: Motion for Miscellaneous Relief – #55
Motion to Dismiss – #55
Motion to Dismiss – #56
Motion to Dismiss for Failure to State a Claim – #60
Motion for Hearing – #68

Date:   May 1, 2024                                                                 Nathan Ochsner, Clerk