United States District Court
Southern District of Texas
**ENTERED**
August 22, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| DARRYL GEORGE, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| VS. | § § | 3:24-cv-12 |
| GREG ABBOTT, *et al.*, | § § § | |
| Defendants. | § | |

## **ORDER**

On August 21, 2024, the plaintiff in this case filed a notice of interlocutory appeal to the United States Court of Appeals for the Fifth Circuit. Dkt. 86. Pending before this court, however, is the plaintiff's application for temporary restraining order, temporary injunction, and permanent injunction. Dkt. 81.

The court orders the parties to file briefing to address whether the court has jurisdiction during the pendency of the appeal. Each side must submit their brief by Wednesday, August 28, 2024.

Signed on Galveston Island this 22nd day of August, 2024.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE