United States District Court
Southern District of Texas
**ENTERED**
September 10, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| DARRYL GEORGE, *et al.*, | § § § § | |
| Plaintiffs, | | |
| VS. | § § § § § § | 3:24-cv-12 |
| GREG ABBOTT, *et al.*, | | |
| Defendants. | | |

## **ORDER**

Before the court is defendant Barbers Hill Independent School District's request to quash the noticed deposition of its corporate representative for September 25, 2024. Dkt. 94. The court grants the District's request and orders that the deposition is quashed until further notice from the court.

Signed on Galveston Island this 10th day of September, 2024.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE