UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| **DARRYL GEORGE AND DARRESHA GEORGE** <br> **Plaintiffs,** | § <br> § <br> § <br> § <br> § | |
| **v.** | § <br> § | **NO.: 3:24-cv-12** |
| **GREG ABBOTT, KEN PAXTON, BARBER'S HILL INDEPENDENT SCHOOL DISTRICT, GREG POOLE, LANCE MURPHY AND RYAN RODRIGUEZ.** <br> **Defendants.** | § <br> § <br> § <br> § <br> § <br> § <br> § | |

## PLAINTIFF'S REQUEST FOR FINDINGS OF FACT AND CONCLUSIONS OF LAW FOR DENIAL OF EMERGENCY RELIEF AND DEPOSITIONS

NOW COMES, Plaintiff, Darryl George, who files this, his request for findings of fact and

conclusions of law.

**Plaintiff, in support thereof, shows the Court:**

1. On August 14, 2024, Plaintiff filed an emergency Temporary Restraining Order (TRO) and Injunction Request, See Court's File, Docket Number 101.

2. The Court did not rule on the emergency TRO at all. Defense counsel emailed the Court to inquire and was told that we would receive a response on September 4, 2024.

3. The Court did not address the TRO or the injunction until the Plaintiff was forced to withdraw, and subsequently used that withdrawal as grounds to deny the request, despite the fact that Plaintiff qualified for a TRO at the time of filing and continued to meet the

qualifications until the withdrawal, See Court's File, Docket Number 100. In addressing

it, the Court ordered BHISD to file withdrawal paperwork.

| 08/14/2024 | 81 | Opposed MOTION for Temporary Restraining Order by Darryl George, filed. Motion Docket Date 9/4/2024. (Attachments: # 1 Affidavit, # 2 Affidavit, # 3 Proposed Order) (Booker, Allie) (Entered: 08/14/2024) |
| 08/15/2024 | 82 | SUPPLEMENT to 81 Opposed MOTION for Temporary Restraining Order by Darryl George, filed. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit) (Booker, Allie) (Entered: 08/15/2024) |
| 08/20/2024 | 83 | ANSWER to 54 Amended Complaint/Counterclaim/Crossclaim etc. by Barbers Hill Independant School District, filed. (Brush, Jonathan) (Entered: 08/20/2024) |
| 08/20/2024 | 84 | RESPONSE to 81 Opposed MOTION for Temporary Restraining Order filed by Barbers Hill Independant School District. (Attachments: # 1 Exhibit A, # 2 Appendix) (Brush, Jonathan) (Entered: 08/20/2024) |
| 08/20/2024 | 85 | MOTION for Summary Judgment by Barbers Hill Independant School District, filed. Motion Docket Date 9/10/2024. (Attachments: # 1 Exhibit A, # 2 Appendix, # 3 Proposed Order) (Brush, Jonathan) (Entered: 08/20/2024) |
| 08/21/2024 | 86 | NOTICE OF INTERLOCUTORY APPEAL to US Court of Appeals for the Fifth Circuit re: 76 Memorandum and Order,,, by Darresha George, Darryl George (Filing fee $ 605, receipt number BTXSDC-32071368), filed. (Booker, Allie) (Entered: 08/21/2024) |
| 08/22/2024 | 87 | Clerks Notice of Filing of an Appeal. The following Notice of Appeal and related motions are pending in the District Court: 86 Notice of Interlocutory Appeal. Fee status: Paid. Reporter(s): ERO, filed. (Attachments: # 1 NOA) (dar1) (Entered: 08/22/2024) |
| 08/22/2024 | | Appeal Review Notes re: 86 Notice of Interlocutory Appeal. Fee status: Paid. The appeal filing fee has been paid or an ifp motion has been granted.Hearings were held in the case. DKT13 transcript order form(s) due within 14 days of the filing of the notice of appeal.Hearings were held in the case - transcripts were produced. Number of DKT-13 Forms expected: 1, filed. (dar1) (Entered: 08/22/2024) |
| 08/22/2024 | 88 | ORDER Brief due by 8/28/2024(Signed by Judge Jeffrey V Brown) Parties notified. (GeorgeCardenas, 3) (Entered: 08/22/2024) |
| 08/28/2024 | 89 | BRIEF on the Court's Jurisdiction during the Pendency of Plaintiffs' Interlocutory Appeal re: 88 Order by Barbers Hill Independant School District, filed. (Brush, Jonathan) (Entered: 08/28/2024) |
| 08/28/2024 | 90 | BRIEF on the Court's Jurisdiction during pendency of Plaintiff's Interlocutory Appeal by Darresha George, Darryl George, filed. (Plumbar, Joseph) (Entered: 08/28/2024) |

| 08/29/2024 | 91 | MOTION Certify for Interlocutory Appeal, MOTION for Certificate of Appealability( Motion Docket Date 9/19/2024.) by Darryl George, filed. (Attachments: # 1 Proposed Order) (Booker, Allie) (Entered: 08/29/2024) |
| 08/31/2024 | 92 | Opposed MOTION for Continuance of MOTION FOR SUMMARY JUDGMENT by Darryl George, filed. Motion Docket Date 9/23/2024. (Attachments: # 1 Proposed Order) (Booker, Allie) (Entered: 08/31/2024) |
| 09/03/2024 | 93 | NOTICE to Take Deposition of the designated Corporate Representative for BHISD by Darryl George, filed. (Booker, Allie) (Entered: 09/03/2024) |
| 09/04/2024 | 94 | Letter re: Scope of Discovery and Motion to Quash Deposition Notice of Corporate Representative by Barbers Hill Independant School District, filed. (Brush, Jonathan) (Entered: 09/04/2024) |
| 09/04/2024 | 95 | NOTICE to Take Deposition of Designated Representative by Darryl George, filed. (Booker, Allie) (Entered: 09/04/2024) |
| 09/05/2024 | 96 | Supplemental RESPONSE to 82 Supplement, 81 Opposed MOTION for Temporary Restraining Order -- BHISD's Supplement to its Response and Suggestion of Mootness to Plaintiffs' Request for Injunctive Relief, filed by Barbers Hill Independant School District. (Brush, Jonathan) (Entered: 09/05/2024) |
| 09/05/2024 | 97 | RESPONSE to 85 MOTION for Summary Judgment filed by Darryl George. (Booker, Allie) (Entered: 09/05/2024) |
| 09/09/2024 | 98 | Letter in Response to Defendants' Discovery Letter by Darresha George, Darryl George, filed. (Plumbar, Joseph) (Entered: 09/09/2024) |
| 09/10/2024 | 99 | Notice of Non-Compliance. The appellant (or counsel for the appellant, if represented) has failed to: Submit the DKT13 transcript order form. Parties notified, filed. (bav1) (Entered: 09/10/2024) |
| 09/10/2024 | 100 | ORDER granting 94 Document (Signed by Judge Jeffrey V Brown) Parties notified. (GeorgeCardenas, 3) (Entered: 09/10/2024) |
| 09/10/2024 | 101 | ORDER regarding 96 Response, (Signed by Judge Jeffrey V Brown) Parties notified. (GeorgeCardenas, 3) (Entered: 09/10/2024) |

4. The Court entered a scheduling order in this matter, See Court's File, Docket Number 81.

5. Subsequently, the Court quashed the deposition of the corporate representative for BHISD, but did not stay discovery in this case, See Court's File, Docket Number 80 and 101.

| 08/14/2024 | 80 | ORDER granting 78 Motion for Entry of Order.(Signed by Judge Jeffrey V Brown) Parties notified. (GeorgeCardenas, 3) (Entered: 08/14/2024) |
| 08/14/2024 | | ***Set/Reset Scheduling Order and Trial Settings: Pltf Expert Report due by 1/10/2025. Deft Expert Report due by 2/7/2025. Discovery due by 4/4/2025. Dispositive Motion Filing due by 6/6/2025. Non-Dispositive Motion Filing due by 7/18/2025. Joint Pretrial Order due by 8/8/2025. Docket Call set for 9/12/2025 at 09:30 AM in Sixth Floor Courtroom Galveston before Judge Jeffrey V Brown (GeorgeCardenas, 3) (Entered: 08/14/2024) |

**Plaintiff hereby requests the Court's findings of fact and conclusions of law regarding the following:**

1. The denial of Plaintiff's emergency TRO and/or refusal to rule on TRO.

2. The quashing of Plaintiff's deposition of a corporate representative (scheduled for

   09/25/2024).

   **WHEREFORE, PREMISES CONSIDERED**, Plaintiff requests the Court to honor said request

   submit the finding of fact and conclusions of law in support of the denial of the TRO.

Plaintiff prays for all relief herein requested.

Plaintiff prays for general relief.

Respectfully submitted,

**THE BOOKER LAW FIRM**

_/s/Allie R. Booker_
**ALLIE R BOOKER**
Federal Bar No. 1089873
1200 Rothwell
Houston, Texas 77002
(713) 292-2225 (office)
(713) 583-3999 (facsimile)

**LAW OFFICE OF JOSEPH K. PLUMBAR**

_/S/Joseph K. Plumbar_
**JOSEPH K. PLUMBAR**
Federal Bar No. 1493814
4101 Greenbriar Suite 316
Houston, Texas 77098
(713) 384-5507 (office)
(866) 252-3048 (facsimile)

**NOTICE OF ELECTRONIC FILING**

I, Allie Booker, Plaintiffs' Attorney, do hereby certify that I have electronically submitted for

filing, a true and correct copy of the above in accordance with the Electronic Case Files System

of the Southern Texas, on this the 20th day of September 2024.

*/s/Allie Booker*
Allie Booker


**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document has been served on the parties listed below in

compliance with Federal Rules of Civil Procedure on the 20th of September 2024

*/s/ Allie R. Booker*
Allie R. Booker