# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

Darryl George, et al.

v.                                                  Case Number: 3:24–cv–00012

Greg Abbott, et al.

---

## Notice of Resetting

**A proceeding has been reset in this case as set forth below.**

**BEFORE:**
**Judge Jeffrey V Brown**

**LOCATION:**
Sixth Floor Courtroom Galveston
United States Post Office and Courthouse
601 Rosenberg Street
Galveston, TX 77550

**DATE:** 10/3/2024

**TIME:** 10:00 AM

**TYPE OF PROCEEDING:** Motion Hearing

RE: Brief – #111
Advisory – #112
Notice of Setting/Resetting FORM – CV – #114

---

Date:   September 24, 2024                              Nathan Ochsner, Clerk