Thursday, August 15, 2024 at 12:19:17 Central Daylight Time

**Subject:** RE: CERTIFICATE OF CONFRENCE ON OUT OF ORDER BHISD BOARD-----Level III Grievances of Darryl and Darresha George
**Date:** Monday, August 12, 2024 at 5:24:53 PM Central Daylight Time
**From:** Sara Leon
**To:** Joseph Plumbar
**CC:** Admin Assnt., Allie Booker
**Attachments:** image002.jpg, image003.jpg


PLAINTIFF'S EXHIBIT 1

Mr. Plumbar:

Thanks for your call today. In connection with the start of school, Allison Smithwick, the District's Section 504 coordinator, has made several attempts to contact Ms. George to schedule a 504 meeting to review Darryl's accommodations before the start of school. If Ms. George wishes to participate in Darryl's 504 meeting, she should respond to Ms. Smithwick's e-mails to indicate her desire to participate in the meeting. Otherwise, the 504 committee will meet with Darryl to discuss his accommodations, and the 504 plan will be provided to Ms. George.

On Wednesday, Darryl will proceed to class as provided in his schedule. There has been no change in the District's dress and grooming policy since last year.

*Sara Hardner Leon*
Partner

LEON | ALCALA
ATTORNEYS AT LAW

2901 Via Fortuna,
Building 6, Suite 475
Austin, Texas 78746
T: 512.637.4244
F: 512.637.4245
sleon@leonalcala.com

*The information contained in this communication is confidential, may be attorney-client privileged, may constitute confidential student information protected by federal law, and is intended only for the use of the addressee. The unauthorized use, disclosure, or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail, and destroy this communication and all copies thereof, including all attachments.*

**From:** Joseph Plumbar <joseph@plumbarlaw.com>
**Sent:** Saturday, August 10, 2024 2:27 AM
**To:** Sara Leon <sleon@leonalcala.com>; Allie Booker <booker@bookerlawfirm.com>
**Cc:** Admin Assnt. <admin@bookerlawfirm.com>
**Subject:** Re: CERTIFICATE OF CONFRENCE ON OUT OF ORDER BHISD BOARD-----Level III Grievances of Darryl and Darresha George

1 of 6

Sara,

With school beginning on Wednesday, is it Barber Hill's position that they will remove Mr. George from regular student matriculation and place him in ISS?  Please respond and apprise us of the school district's position.

V/R,

*Joseph K. Plumbar, Esq.*

1200 Rothwell Street
Houston, Texas 77002
Tel: 713.384.5507
Fax: 866.252.3048
E-mail: jplumbar@plumbarlaw.com
Case Manager Email: ramon@plumbarlaw.com
www.plumbarlaw.com

---

**From:** Sara Leon <sleon@leonalcala.com>
**Date:** Friday, August 9, 2024 at 8:25 PM
**To:** Allie Booker <booker@bookerlawfirm.com>, Joseph Plumbar <joseph@plumbarlaw.com>
**Cc:** "Admin Assnt." <admin@bookerlawfirm.com>
**Subject:** RE: CERTIFICATE OF CONFRENCE ON OUT OF ORDER BHISD BOARD-----Level III Grievances of Darryl and Darresha George

I'm not sure that I understand your objection.  What statute are you referring to?  What policy are you referencing?  Are you asking the Board not to place the Level III grievance on its agenda for August 26?

Sara Hardner Leon
Partner


LEON | ALCALA
ATTORNEYS AT LAW

2901 Via Fortuna,
Building 6, Suite 475
Austin, Texas 78746
T: 512.637.4244
F: 512.637.4245
sleon@leonalcala.com

*The information contained in this communication is confidential, may be attorney-client privileged, may constitute confidential student information protected by federal law, and is intended only for the use of the addressee. The unauthorized use, disclosure, or copying of this communication or*