Wednesday, October 2, 2024 at 18:19:04 Central Daylight Time

**Subject:** RE: 3:24-cv-00012; George et al v. Abbott, et al
**Date:** Tuesday, August 20, 2024 at 2:20:30 PM Central Daylight Time
**From:** George Cardenas
**To:** Joseph Plumbar
**CC:** Haley Bernal

**EXHIBIT 1**

Mr. Plumbar

We are waiting on response to be filed before deciding if a hearing is needed.

George Cardenas

**From:** Joseph Plumbar <joseph@plumbarlaw.com>
**Sent:** Tuesday, August 20, 2024 10:34 AM
**To:** George Cardenas <George_Cardenas@txs.uscourts.gov>
**Cc:** Haley Bernal <Haley_Bernal@txs.uscourts.gov>
**Subject:** Re: 3:24-cv-00012; George et al v. Abbott, et al

**CAUTION - EXTERNAL:**

Mr. Cardenas,

Last question, does the judge not grant a TRO just on the papers?

V/R,

*Joseph K. Plumbar, Esq.*

1200 Rothwell Street
Houston, Texas 77002
Tel: 713.384.5507
Fax: 866.252.3048
E-mail: jplumbar@plumbarlaw.com
Case Manager Email: ramon@plumbarlaw.com
www.plumbarlaw.com

**From:** George Cardenas <George_Cardenas@txs.uscourts.gov>
**Date:** Friday, August 16, 2024 at 10:39 AM
**To:** Joseph Plumbar <joseph@plumbarlaw.com>
**Cc:** Haley Bernal <Haley_Bernal@txs.uscourts.gov>
**Subject:** RE: 3:24-cv-00012; George et al v. Abbott, et al

Yes.

**From:** Joseph Plumbar <joseph@plumbarlaw.com>
**Sent:** Friday, August 16, 2024 10:37 AM
**To:** George Cardenas <George_Cardenas@txs.uscourts.gov>
**Subject:** Re: 3:24-cv-00012; George et al v. Abbott, et al

**CAUTION - EXTERNAL:**

Thank you. Also, on the TRO filed by us, it is an emergency, is September the earliest Judge Brown will hear this?

V/R,

*Joseph K. Plumbar, Esq.*

1200 Rothwell Street
Houston, Texas 77002
Tel: 713.384.5507
Fax: 866.252.3048
E-mail: jplumbar@plumbarlaw.com
Case Manager Email: ramon@plumbarlaw.com
www.plumbarlaw.com

**From:** George Cardenas <George_Cardenas@txs.uscourts.gov>
**Date:** Friday, August 16, 2024 at 10:34 AM
**To:** Joseph Plumbar <joseph@plumbarlaw.com>
**Subject:** RE: 3:24-cv-00012; George et al v. Abbott, et al

Done.

Cause: 28:1331 Federal Question: Other Civil Rights

Date Filed: 09/23/2023
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

| | | |
|---|---|---|
| **Darryl George** | represented by | **Joseph Kelly Plumbar** |
| | | Joseph K Plumbar, Esq |
| | | 1200 Rothwell Street |
| | | Houston, TX 77002 |
| | | 713.384.5507 |
| | | Fax: 866.252.3048 |

Email: jplumbar@plumbarlaw.com
*ATTORNEY TO BE NOTICED*

**Allie R Booker**
The Booker Law Firm
1200 Rothwell Street
Houston, TX 77002
713-292-2225
Fax: 713-583-3995
Email: booker@bookerlawfirm.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Darresha George**     represented by     **Joseph Kelly Plumbar**
(See above for address)

---

**From:** Joseph Plumbar <joseph@plumbarlaw.com>
**Sent:** Friday, August 16, 2024 10:25 AM
**To:** George Cardenas <George_Cardenas@txs.uscourts.gov>
**Subject:** 3:24-cv-00012; George et al v. Abbott, et al

**CAUTION - EXTERNAL:**

Mr. Cardenas:

I am writing because I filed a notice of appearance on May 28, 2024. I was not added to the list of persons to receive notices. How can I rectify this issue?

V/R,

*Joseph K. Plumbar, Esq.*

1200 Rothwell Street
Houston, Texas 77002
Tel: 713.384.5507
Fax: 866.252.3048
E-mail: jplumbar@plumbarlaw.com
Case Manager Email: ramon@plumbarlaw.com
www.plumbarlaw.com

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.