United States District Court
Southern District of Texas
**ENTERED**
October 04, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| DARRYL GEORGE, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| VS. | § § | 3:24-cv-12 |
| GREG ABBOTT, *et al.*, | § § § | |
| Defendants. | § | |

# **ORDER**

Before the court is the plaintiff's motion for continuance of the defendant's motion for summary judgment. Dkt. 92. The court grants the motion.

Discovery has been suspended pending the court's determination of the plaintiff's standing. Dkts. 100, 106. Having resolved the jurisdictional issue, Minute Entry 10/03/2024, the court finds that a continuance is necessary to allow reasonable time for discovery pursuant to Fed. R. Civ. P. 56(d).

Accordingly, the parties may proceed with discovery. The court's order quashing the deposition of the District's corporate representative, Dkt. 100, is no longer in effect. The court will rule on the defendant's motion for

summary judgment, Dkt. 85, in due course after adequate time for discovery has passed. The parties may file supplemental briefing as needed.

Signed on Galveston Island this 4th day of October, 2024.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE