United States Courts
Southern District of Texas
FILED
November 20, 2024
Nathan Ochsner, Clerk of Court

# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
October 29, 2024
Lyle W. Cayce
Clerk

No. 24-40546

DARRYL GEORGE; DARRESHA GEORGE,

*Plaintiffs—Appellants,*

versus

GREG ABBOTT, *Governor of the State of Texas*; KEN PAXTON, *Attorney General, State of Texas*; BARBERS HILL INDEPENDENT SCHOOL DISTRICT; GREG POOLE; LANCE MURPHY; RYAN RODRIGUEZ,

*Defendants—Appellees.*

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 3:24-CV-12

---

## UNPUBLISHED ORDER

Before JONES, DUNCAN, and DOUGLAS, *Circuit Judges.*

PER CURIAM:

IT IS ORDERED that the opposed motion of Appellees Barbers Hill Independent School District, Mr. Greg Poole, Mr. Lance Murphy and Mr. Ryan Rodriguez to dismiss the appeal for lack of jurisdiction is GRANTED.

Certified as a true copy and issued
as the mandate on Nov 20, 2024

Attest: *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

# *United States Court of Appeals*
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

November 20, 2024

Mr. Nathan Ochsner
Southern District of Texas, Galveston
United States District Court
601 Rosenberg Street
Room 411
Galveston, TX 77550-0000

    No. 24-40546   George v. Abbott
                         USDC No. 3:24-CV-12

Dear Mr. Ochsner,

Enclosed is a copy of the judgment issued as the mandate.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Dantrell L. Johnson, Deputy Clerk
504-310-7689

cc:
    Mrs. Allie R. Booker
    Mr. Jonathan Griffin Brush
    Ms. Amy Dawn Demmler
    Mr. Richard Alan Morris
    Mr. Joseph Kelly Plumbar
    Ms. Kelsey Warren