United States District Court
Southern District of Texas
**ENTERED**
February 12, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| DARRYL GEORGE, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| VS. | § § | 3:24-cv-12 |
| GREG ABBOTT, *et al.*, | § § § | |
| Defendants. | § | |

# ORDER

The plaintiff has moved the court to reconsider its denial of his "emergency motion for discovery re-urged as it relates to race and cultural identity." Dkts. 152, 154, 156. Because the plaintiff has not shown how the discovery he seeks is reasonably calculated to lead to the discovery of admissible evidence on his sole remaining claim—a facial sex-discrimination challenge to the district's grooming policy—his motion for reconsideration is denied.

Signed on Galveston Island this 12th day of February, 2025.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE