United States District Court
Southern District of Texas
**ENTERED**
March 25, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| DARRYL GEORGE, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| VS. | § § | 3:24-cv-12 |
| GREG ABBOTT, *et al.*, | § § § | |
| Defendants. | § | |

# **ORDER**

Before the court is the defendant's motion for summary judgment. Dkt. 85. The court denies the motion.

Signed on Galveston Island this 25th day of March, 2025.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE