Case 3:24-cv-00012   Document 168   Filed on 04/03/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
April 03, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| DARRYL GEORGE, *et al.*, | § § § § | |
| Plaintiffs, | § § | |
| VS. | § § | 3:24-cv-12 |
| GREG ABBOTT, *et al.*, | § § § | |
| Defendants. | § | |

# **ORDER**

The court orders each party to file a letter brief on the following issues: (1) what fact questions, if any, remain, and (2) whether the court should bifurcate the legal and factual issues for trial. If the court were to bifurcate, it would first hold a bench trial to resolve the legal questions. Then, if the plaintiff were to prevail in the bench trial, a jury would be empaneled to decide the remaining fact issues.

Each side must submit their brief by Friday, April 18, 2025.

Signed on Galveston Island this 3rd day of April, 2025.

JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE