# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

Darryl George, et al.

v.                                    Case Number: 3:24−cv−00012

Greg Abbott, et al.

---

## Notice of Setting

**A proceeding has been set in this case as set forth below.**

**BEFORE:**
**Judge Jeffrey V Brown**

**LOCATION:**
Sixth Floor Courtroom Galveston
United States Post Office and Courthouse
601 Rosenberg Street
Galveston, TX 77550

**DATE:** 4/23/2025

**TIME:** 10:30 AM

**TYPE OF PROCEEDING:** Motion Hearing

RE: Motion for Reconsideration – #169
Brief – #170
Brief – #171

---

Date:    April 18, 2025                                    Nathan Ochsner, Clerk